**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE JERUSALEM DISTRICT COURT IN JERUSALEM, ISRAEL IN THE MATTER OF SAM & NAT LTD

/

Case No. 26-cv-12859-ESK

**ORDER**

WHEREAS, the United States, by its counsel, on behalf of the Jerusalem District Court in Jerusalem, Israel, in *Matter of Sam & Nat LTD*, Foreign Reference Number 6-1-26, through its Application pursuant to 28 U.S.C. § 1782(a), is seeking to obtain certain information from TD Bank N.A. ("TD Bank"), for use in connection with a judicial proceeding in the Jerusalem District Court in Jerusalem, Israel; and

WHEREAS upon review of the Letter of Request issued by the Jerusalem District Court in Jerusalem, Israel in *Matter of Sam & Nat LTD*, seeking evidence from a person that can be found within the jurisdiction of this Court for use in said judicial proceedings in Israel, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a), that Agatha Koprowski, Trial Attorney for the U.S. Department of Justice, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from TD Bank for transmission to the U.S. Department of Justice, Office of Foreign Litigation, Office of International Judicial Assistance, for transmission to the Jerusalem District Court in Jerusalem, Israel in *Matter of Sam & Nat LTD*; and to do all else that may be necessary for the accomplishment of the purpose of this Order;

IT IS FURTHER ORDERED that the Commissioner's Subpoena authorized by this Order constitutes an exception to the Right to Financial Privacy Act (RFPA) pursuant to 12 U.S.C. § 3413(d) and TD Bank cannot rely on the reimbursement provision of the RFPA as a basis for payment by the United States;

IT IS FURTHER ORDERED that TD Bank shall respond to the Office of International Judicial Assistance within the time indicated on the subpoena, which shall be no shorter than 14 calendar days, unless by the same date TD Bank files a motion to quash or modify the subpoena for good cause; and

IT IS FURTHER ORDERED that the Office of International Judicial Assistance shall provide TD Bank in Mount Laurel, New Jersey with a copy of this Order and the accompanying documents.

Dated this **2nd** day of **October** 2026

***/s/ Edward S. Kiel***
**Edward S. Kiel**
**United State District Judge**